No. 99–36. MARCHI *v.* BOARD OF COOPERATIVE EDUCATIONAL SERVICES OF ALBANY, SCHOHARIE, SCHENECTADY, AND SARA-

TOGA COUNTIES. C. A. 2d Cir. Certiorari denied.